**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01687-SKC

SHONTELLA YOUNG,

    Plaintiff,

v.

18TH JUDICIAL PROBATION DEPARTMENT,

    Defendant.

---

**MOTION FOR WITHDRAWAL OF APPEARANCE FOLLOWING COMPLETION OF LIMITED REPRESENTATION**

---

Ellen K. Giarratana hereby submits this Motion for Withdrawal of Appearance Following Completion of Limited Representation pursuant to D.C.Colo.LAttyR 5(b) and in support thereof states as follows.

On January 18, 2021, undersigned counsel entered her appearance under the Federal Limited Assistance Program (FLAP) for the limited purpose of appearing at Plaintiff's January 20, 2021 scheduling conference with Defendant 18th Judicial Probation Department. [*See* ECF Nos. 26, 28].  Undersigned counsel hereby certifies that the service specified in the Entry of Appearance is complete, [*see* ECF Nos. 29, 30], and that she has notified the client in writing that she is personally responsible for complying with all court orders and time limitations established by applicable statutes and rules.

Accordingly, good cause exists for the granting of this Motion to Withdraw.

2

DATED this 20th day of January 2021.

          Respectfully submitted,

          RATHOD | MOHAMEDBHAI LLC

          *s/ Ellen K. Giarratana*
          Ellen K. Giarratana
          2701 Lawrence St., Suite 100
          Denver, CO 80205
          (303) 578-4400 (t)
          (303) 578-4401 (f)
          eg@rmlawyers.com

          ATTORNEY FOR PLAINTIFF