**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01687-SKC

SHONTELLA YOUNG,

     Plaintiff,

v.

COLORADO JUDICIAL DEPARTMENT, 18TH JUDICIAL DISTRICT PROBATION DEPARTMENT,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order RE: Defendant's Motion for Summary Judgement [DKT. 60] (Doc. 88) by Magistrate Judge Crews entered on June 15, 2022, it is

ORDERED that summary judgment is entered in favor of the Defendant and against the Plaintiff.   It is

FURTHER ORDERED that Plaintiff's claims and this case are DISMISED WITH PREJUDICE.

Dated this 15th day of June, 2022.

FOR THE COURT:
JEFFREY P. COLWELL


By:   s/A. Montoya, Deputy Clerk